UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-342-H-1

UNITED STATES OF AMERICA

vs.                                          ORDER TO SEAL SUBMISSION
                                             OF DOCUMENTS
DEQUAN TERRELL MCLAMB

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the

following documents be sealed: those certain documents filed as DE # 55 .

So ORDERED this the 6th day of October 2016.


_____
MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE