UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dequan Terrell McLamb**　　　　　　　　　　　　　　　　　**Docket No. 5:15-CR-342-1M**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dequan Terrell McLamb, who, upon an earlier plea of guilty to Interfere With Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on November 8, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Dequan Terrell McLamb was released from custody on April 30, 2021, at which time the term of supervised release commenced. On June 8, 2021, a Violation Report was filed with the Honorable Malcolm J. Howard that advised the defendant tested positive for marijuana and cocaine on June 2, 2021. The case was reassigned to the Honorable Chief Judge Richard E. Myers II on June 14, 2021. On July 2, 2021, a Violation Report was filed that addressed the previously noted violation conduct and it was agreed that McLamb be continued on supervision to complete a substance abuse evaluation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 23, 2021, the defendant provided a urine sample that was submitted for laboratory analysis. On September 8, 2021, laboratory analysis revealed positive results for marijuana. On September 14, 2021, McLamb was confronted with the results and admitted to using marijuana approximately two weeks prior to submission of the test. The defendant continues to participate in frequent drug testing measures and has agreed to return for substance abuse counseling. Additionally, as a sanction for this violation conduct, participation in a cognitive behavioral program as directed by the probation officer is respectively recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Dewayne L. Smith　　　　　　　　　　　　　/s/ Michael W. Dilda
Dewayne L. Smith　　　　　　　　　　　　　　Michael W. Dilda
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　150 Reade Circle
　　　　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2342
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: September 15, 2021

Dequan Terrell McLamb
Docket No. 5:15-CR-342-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 19th day of September, 2021, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*

Richard E. Myers II
Chief United States District Judge