IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-CR-342-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEQUAN TERRELL MCLAMB,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion to terminate supervised release [DE 82]. "The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." *See* 18 U.S.C. § 3563; Fed. R. Crim. P. 32.1(c). The court imposed its term of supervised release after careful consideration of the appropriate sentence in this case. *See* 18 U.S.C. § 3553(a). Defendant has not presented any extraordinary circumstances warranting the requested modification of the court's previous sentence. *Cf.* 18 U.S.C. § 3582(c) (requiring "extraordinary and compelling reasons" to modify carceral sentence). Accordingly, the motion is DENIED.

SO ORDERED this 9th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE